UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN ORTEGA JUAREZ, individually and
on behalf of others similarly situated,

                    Plaintiff,

    -against-

MI MEXICO MINI MARKET & GROCERY
INC., et al.,

                    Defendants.

1:23-cv-06978 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The docket reflects that Plaintiff served Defendants on August 14-15, 2023, and that the

deadline for Defendants to answer or otherwise respond to the Complaint was September 5,

2023.  *See* ECF Nos. 12-15.  Defendants have not appeared.  Accordingly, Plaintiff shall, by

**October 27, 2023**, file a letter stating whether Plaintiff has had any communication from

Defendants and proposing next steps.

Dated: October 23, 2023
       New York, New York

                             SO ORDERED

                             JENNIFER L. ROCHON
                             United States District Judge