USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ruben Ortega Juarez, and on behalf of others similarly situated,

                Plaintiff,

-against-

Mi Mexico Mini Market & Grocery Inc., et al.,

                Defendants.

1:23-cv-06978 (JLR) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    No later than Monday, November 13, 2023, Plaintiff shall seek Clerk's Certificates of Default with respect to each Defendant against whom Plaintiff will be moving for default.

**SO ORDERED.**

Dated: October 30, 2023
       New York, New York

                        /s/ Stewart D. Aaron
                        STEWART D. AARON
                        United States Magistrate Judge