UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBEN ORTEGA JUAREZ, *individually and on behalf of others similarly situated,*

                Plaintiffs,

-against-

MI MEXICO MINI MARKET & GROCERY INC. (D/B/A MI MEXICO MEAT MARKET), CECILIO LEZAMA, RENE LEZAMA, and JAEL LEZAMA,

                Defendants.

23-cv-06978 (JLR) (SDA)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    On January 6, 2025, the Court referred this case to Magistrate Judge Stewart D. Aaron for resolution of Defendants' motion to vacate the default judgment entered against them. *See* Dkt. 43. It is hereby ORDERED that the reference is WITHDRAWN.

Dated: January 22, 2025
       New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge