```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ruben Ortega Juarez, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>Mi Mexico Mini Market & Grocery Inc. d/b/a Mi Mexico Meat Market et al.,<br><br>　　　　　　　　　　Defendants. | 23-CV-06978 (JLR) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge**:

Given that the Default Judgment against Defendant Cecilio Lezama ("Lezama") has been vacated and that this case has been reopened, Lezama shall file an answer to the Complaint no later than February 6, 2025.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　January 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge