UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ruben Ortega Juarez, *individually and on behalf of others similarly situated*,<br><br>                            Plaintiffs,<br><br>-against-<br><br>Mi Mexico Mini Market & Grocery Inc. d/b/a Mi Mexico Meat Market, et al.,<br><br>                            Defendants. | 23-cv-06978 (SDA)<br><br>ORDER FOR<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge**:

The parties are directed to appear for a telephone conference on Friday, July 25, 2025, at 11:00 a.m. to discuss the letter motion filed at ECF No. 71. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

SO ORDERED.

Dated:    New York, New York
            July 23, 2025

_____
STEWART D. AARON
United States Magistrate Judge