UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Ruben Ortega Juarez, *individually and on behalf of others similarly situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>Mi Mexico Mini Market & Grocery Inc. d/b/a Mi Mexico Meat Market, et al.,<br><br>                              Defendants. | 1:23-cv-06978 (SDA)<br><br>ORDER OF DISMISSAL |

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled in principle, it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
          October 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge