UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUBEN ORTEGA JUAREZ, *individually and on behalf of others similarly situated,*

                *Plaintiff*,

    -against-

MI MEXICO MINI MARKET & GROCERY INC. (D/B/A MI MEXICO MEAT MARKET), CECILIO LEZAMA, RENE LEZAMA, and JAEL LEZAMA,

                *Defendants*,
-----------------------------------------------------------------X

Civil Action No. **1:23-cv-06978**

**JUDGMENT**

## JUDGMENT

On October 30, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RUBEN ORTEGA JUAREZ, has judgment against CECILIO LEZAMA in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated:   October 31  , 2025

                                                HON. JUDGE STEWART D. AARON
                                                MAGISTRATE JUDGE